IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**IVIN R. RICHARDSON,**

   *Plaintiff*,

v.                                       **Case No.: 5:25cv51-MW/MJF**

**RICKY DIXON, et al,**

   *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on June 24, 2025.**

                                               <u>s/Mark E. Walker</u>
                                               **United States District Judge**